ACCEPTED
01-14-00990-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 3:03:16 PM
CHRISTOPHER PRINE
CLERK

# Local Rule Notice of and Assignment of Related Case in Appeals

[sample; file as part of notice of appeal]

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 3:03:16 PM
CHRISTOPHER A. PRINE
Clerk

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

☑ None

☐ Caption: _____

Trial court
case number: _____

Appellate court
case number: _____


_____
[Signature of certifying attorney or pro se party]


_____12/31/14_____
[Date]


**Note:** See Local Rules for the definitions of "underlying case," "related," and "previously filed."